

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00055-CV

KORDARYL THOMPSON, Appellant

V.

JOSE GUADALUPE CISNEROS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 18-1405

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

Kordaryl Thompson, appellant, filed a notice of appeal in this matter on June 26, 2023. Appellant did not file a docketing statement in accordance with Rule 32.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 32.1. Further, appellant did not tender the mandatory $205.00 filing fee associated with the appeal, *see* TEX. R. APP. P. 5, and did not file proof of indigency in lieu of a filing fee, *see* TEX. R. APP. P. 20.1.

"A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just." TEX. R. APP. P. 5.

By letter dated July 17, 2023, we provided appellant with notice of and an opportunity to cure these defects. *See* TEX. R. APP. P. 42.3(b), (c). The clerk's letter further warned appellant that, if he did not submit an adequate response to the notice by July 27, 2023, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules. Appellant did not file a docketing statement, did not pay the mandatory filing fee, and did not file proof of indigency in lieu of a filing fee. Further, we have received no communication from appellant responsive to the July 17 correspondence. Accordingly, this appeal is ripe for dismissal.

Pursuant to Rules 42.3, subsections (b) and (c), of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.

Scott E. Stevens
Chief Justice

Date Submitted:     August 8, 2023
Date Decided:       August 9, 2023